UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL HEALTH & WELFARE TRUST; ANDY BERG and JEREMY ABRAMS, Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM CENTER GROUP, INC., a California corporation dba I.ACCESS; I-ACCESS INC., a Nevada corporation; ALARM CENTER, INC., a California corporation,<br><br>Defendants. | Case No.: 20-CV-1589 TWR (BLM)<br><br>**ORDER APPROVING STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**<br><br>(ECF No. 14) |

Presently before the Court is the Stipulation for the Court to Dismiss Matter with Prejudice ("Stip.," ECF No. 14) filed by Plaintiffs Board of Trustees of the San Diego Electrical Pension Trust; Board of Trustees of the San Diego Electrical Health & Welfare Trust; and Andy Berg and Jeremy Adams, Trustees and Defendants Alarm Center Group, Inc. dba I.Access; I-Access Inc.; and Alarm Center, Inc. Good cause appearing, the Court / / /

1 **APPROVES** the Stipulation.  As stipulated, the Court **DISMISSES WITH PREJUDICE**
2 this action in its entirety.
3     **IT IS SO ORDERED.**
4
5 Dated:  February 22, 2021

                                            Honorable Todd W. Robinson
                                            United States District Court